# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PATRICIA KENNEDY, Individually,** | : |
| | : Case No.: 3:20-cv-00355 |
| **Plaintiff,** | : |
| v. | : |
| | : |
| **JAI YOGESHWAR LODGING, L.L.C.** | : |
| **d/b/a AMERICAS BEST VALUE INN** | : |
| **WEST FRANKFORT, an Illinois Limited** | : |
| **Liability Company,** | : |
| **Defendant.** | |

## NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

Plaintiff, by and through undersigned counsel, hereby moves this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

FOR THE PLAINTIFF:
*/s/ Kimberly A. Corkill*
Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 84942
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that June 25, 2020 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

/s/*Kimberly A. Corkill*
Attorney