IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATRICIA KENNEDY,

      Plaintiff,

v.

JAI YOGESHWAR LODGING, LLC
d/b/a AMERICAS BEST VALUE INN
WEST FRANKFORT,

      Defendant.

Case No. 20-CV-00355-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal dated June 25, 2020 (Doc. 9), this action was **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    DATED:  June 26, 2020

                              MARGARET M. ROBERTIE,
                              Clerk of Court

                              By:  s/ *Deana Brinkley*
                                        Deputy Clerk

APPROVED:  s/ *Nancy J. Rosenstengel*
                NANCY J. ROSENSTENGEL
                Chief U.S. District Judge